FILED 7 AUG '15 13:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

ROBERT ERIC HELLER,

Defendant.

3:15-CR- 3'15 CR-291--JO

INFORMATION

26 U.S.C. § 7203

THE UNITED STATES ATTORNEY ALLEGES:

### Count One
### (Failure to File Return and Pay Tax)
### (26 U.S.C. § 7203)

From on or about September 30, 2009, through September 30, 2014, in the District or Oregon, defendant ROBERT ERIC HELLER, sole owner and operator of Heller Enterprises and sole owner and corporate officer of Heller Enterprises Tactical, Inc. (collectively "Heller"), an ammunition manufacturer, knew of his obligation to file returns and pay federal excise taxes on behalf of Heller but willfully failed to file returns and to pay such taxes in the amount of at least $287,500, all in violation of 26 U.S.C. § 7203.

Dated this 7th day of August 2015.

Respectfully submitted,

BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney
District of Oregon

RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney
(503) 727-1000