3:15-cr-00291-JO
USA v. Robert Eric Heller

## ORDER OF COURT

Pursuant to the above report, **IT IS ORDERED** that the term of probation be terminated and defendant be discharged from supervision.

**DATED** this _4th_ day of December, 2017.

                                                The Honorable Robert E. Jones
                                                Senior U.S. District Judge